PROB 35　　　　　　　　　　　　　　　　　　　　　　　　　　Report and Order Terminating Supervision
(Rev 3/93)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　　　　　　Crim. No. 5:05-CR-146-1FL

DENNIS BENSON

On April 22, 2009, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey L. Keller
　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey L. Keller
　　　　　　　　　　　　　　　　　　　　　　　　　Supervising U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____15_____ day of _____, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Louise W. Flanagan
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge